USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BRAULIO THORNE, on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,

Defendant.

Case No. 1:18-cv-02433-RA

**STIPULATION OF DISMISSAL**

SO ORDERED.

Ronnie Abrams, U.S.D.J.
August 27, 2018

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
         August 20, 2018

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
joseph@cml.legal
*Attorney for Plaintiff*

By: _____
Lewis Weiner, Esq.
Eversheds Sutherland LLP
700 Sixth Street, NW Suite 700
Washington, DC 20001
lewiswiener@eversheds-sutherland.com
*Attorney for Defendant*